UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2018

SEAN F. McAVOY, CLERK

RAMON MORFIN,

    Plaintiff,

v.

DONALD HOLBROOK,

    Defendant.

No. 4:17-CV-5023-SMJ

**ORDER DISMISSING PETITION**

Before the Court, without oral argument, is Petitioner Ramon Morfin's Petition for Writ of Habeas Corpus, ECF No. 6. In its April 9, 2018 Order, the Court directed Petitioner to indicate to the Court how he wished the Court to dispose of his mixed petition. The Court indicated that if Petitioner did not file a response by April 20, 2018, the Court would dismiss the petition. The April 20, 2018 deadline has passed, and Petitioner has not filed a response. The Court therefore dismisses the petition.

Petitioner also filed with the Court a motion for extension of time under RAP 13.4. Petitioner represents that he requires additional time "to prepare and or complet[e] his motion for discretionary review." ECF No. 16. This Court does not

ORDER - 1

have jurisdiction to rule on motions concerning appellate proceedings. Petitioner's motion is therefore denied.

Accordingly, **IT IS HEREBY ORDERED**:

1. Petitioner's Petition for Writ of Habeas Corpus, **ECF No. 6**, is **DISMISSED** without prejudice.

2. Petitioner's Motion for Extension of Time under RAP 13.4, **ECF No. 16**, is **DENIED**.

3. All pending motions are **DENIED AS MOOT.**

4. All hearings and other deadlines are **STRICKEN.**

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and forward a copy to Petitioner.

**DATED** this 23rd day of April 2018.

SALVADOR MENDOZA, JR.
United States District Judge